Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to the fifth question presented by the petition. *Messrs. D. Roger Englar, T. Catesby Jones, Ezra G. Benedict Fox,* and *Thomas H. Middleton* for petitioners. *Mr. George C. Sprague* for respondents.

No. 235. BUSEY ET AL. *v.* DISTRICT OF COLUMBIA. May 10, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Hayden C. Covington* for petitioners. *Messrs. Richmond B. Keech* and *Vernon E. West* for respondent. *Mr. Osmond K. Fraenkel* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 890. FEDERAL POWER COMMISSION ET AL. *v.* HOPE NATURAL GAS Co.; and

No. 891. CLEVELAND *v.* HOPE NATURAL GAS Co. May 17, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Fahy* and *Messrs. Charles V. Shannon, A. F. O'Neil,* and *Harry M. Showalter* for petitioners in No. 890. *Mr. Spencer W. Reeder* for petitioner in No. 891. *Messrs. William B. Cockley* and *William A. Dougherty* for respondent.

No. 913. MIDSTATE HORTICULTURAL Co., INC. *v.* PENNSYLVANIA RAILROAD Co. May 24, 1943. Petition for writ of certiorari to the Supreme Court of California granted. *Messrs. Hiram W. Johnson, Theodore H. Roche,* and